UNITED STATES DISTRICT COURT
UNITED STATES COURT OF APPEALS

FILED CLERKS OFFICE
2004 DEC 13 P 2:15
U.S. DISTRICT COURT DISTRICT OF MASS.

MILRY MONDESTIN
Petitioner

V.

04 12602 MEL

JOSEPH McDONOUGH, SHERIFF
And
DEPARTMENT OF HOMELAND SECURITY
Respondents

Cohen

RECEIPT # 60788
AMOUNT $ 0
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. VOW
DATE 12/15/04

MEMORANDUM

Petitioner is seeking a stay of his removal from the United States. We assert on his behalf that he has a reasonable likelihood of success based on the four pronged test outlined by Circuit Judge Selya in AREVALO V. ASHCROFT, 344 F. 3d 1 (1st Cir. 2003). What follows is a discussion of each of the four prongs and how it applies to the instant case.

I. PETITIONER IS LIKELY TO SUCCEED ON THE MERITS OF HIS UNDERLYING OBJECTION

Currently, petitioner of Homeland Security has an I-130 petition before the Department of Homeland Security that remains pending. His I-589 petition was denied by the Department of Homeland Security despite the deplorable conditions that exist in Haiti (Articles that appeared in the December 3, 2004 editions of the BOSTON GLOBE and BOSTON HERALD are attached). Essentially, he was issued a final removal order in 2002. After he married a United States Citizen. It appears the sole reason for the removal order was Petitioner's wife's excusable neglect in being tardy in submitting an I-130 petition. Petitioner has never had the slightest problem with the law, is trained as a male nurse and an auto mechanic and is eminently employable in both fields and also has experience as a security guard in Florida. Not only does he pose no threat whatsoever to the security of the United States, he is in a position to make great contribution if allowed to stay here. Petitioner objects to his removal by asserting that the excusable neglect in filing his I-130 petition late is a mater that can be mattered, not something that justifies his removal. In good faith, he believes he is likely to succeed on the merits of his underlying objection.

II. PETITIONER WILL SUFFER IRREPARABLE HARM ABSENT THE STAY

Clearly, the instant case satisfies this prong. If the stay is not granted, petitioner will be physically placed on an airplane and removed from the United States of America.

III. THIS HARM OUTWEIGHS ANY POTENTIAL HARM FAIRLY ATTRIBUTABLE TO THE GRANTING OF THE STAY

We, respectfully, see no harm accruing to the respondent if this stay is granted. Petitioner has no criminal record and poses no threat to anyone.

IV. THAT THE STAY WOULD NOT DISSERVE THE PUBLC INTEREST

Petitioner is a 33-year-old man who fled the oppressive conditions of Haiti to try to build a better life for himself in the United States. He received certification for Nursing Assistant Training, Automotive Technology, Patrol and Security, Medical Terminology, Engine Sealing and Office support Technology. In 2002, he married a United States citizen and the young couple hopes to start a family. He is highly skilled in two diverse but highly employable, fields-nursing and automobile mechanics. He has always conducted himself honorable, he always obeyed the law and, by all accounts, is a good-hearted soul. In short, he embodies the American dream that we all strive to attain. Not only would a stay not disserve the public interest, it would enhance it.

In conclusion, we would assert that all four prongs laid out in AREVALO, supra, have been satisfied, a stay should be granted and petitioner should be released from custody.

MIRLY MONDESTIN,
By his attorney,

John Himmelstein
929 Massachusetts Avenue
Suite 01
Cambridge, MA 02139
(617) 868-2533
BBO# 547275

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that he has served the attached Motion and accompanying Memorandum on the respondents by mailing copies of same, postage prepaid, to Joseph McDonough, Sheriff, Plymouth County Sheriff's Office, 24 Long Pond Road, Plymouth, MA 02360 and to Trial Attorneys Unit, John F. Kennedy Federal Building. Room 425, Government Center, Boston, MA 02203 on December 9, 2004.

JOHN HIMMELSTEIN, ESQ.

# Powell lashes out at Haiti thugs after gunfire greeting

Boston Herald 12/3/04

By ANNE GEARAN
ASSOCIATED PRESS

PORT-AU-PRINCE, Haiti — Heavy gunfire rang out near Haiti's presidential palace yesterday as Secretary of State Colin Powell prepared to meet with the country's interim leaders. He denounced the violence as the work of thugs.

Powell said international peacekeeping troops need to come down hard on street toughs and those who carry out political violence in Haiti.

"They have to forcefully take on those armed individuals of the kind who were firing this morning," Powell said after meetings at the National Palace with President Boniface Alexandre, Prime Minister Gerard Latortue and other political leaders.

Haiti is still beset with violence and political infighting as the one-year anniversary of former President Jean-Bertrand Aristide's ouster approaches in February. The country's caretaker government has pledged open elections next fall, a goal Powell said Haiti can meet with outside help.

"The only outcome that will satisfy the U.S. is an election next year that is free and fair . . . that is not fraudulent and stolen," Powell said later in his one-day trip to shore up democratic efforts in the desperately poor country.

The United States, and Powell in particular, have been instrumental in Haiti's chaotic power shifts over the past decade. Powell was once an Aristide supporter but helped arrange Aristide's exile this year.

"I'm deeply saddened the opportunity that was given to Mr. Aristide a decade ago was wasted," Powell said yesterday. "But the Haitian people have a new opportunity."

AP PHOTO

**UNDER FIRE: Secretary of State Colin Powell poses during a political meeting amid unrest in Haiti.**

Details of the palace shooting were unclear. Gunshots, including several long bursts of automatic weapons fire, were heard in front of the palace shortly after Powell entered with a small U.S. delegation.

A palace security official said a shot was fired from a passing car, and U.N. forces guarding the palace returned fire.

## [illegible] gets life term in slaying of policeman

[illegible] man was [illegible] his life in [illegible] a [illegible] who was [illegible] Francis Bieber [illegible] guilty of [illegible] Broadhurst in Leeds [illegible] 2003, in a bid to avoid arrest. [illegible] Newcastle Crown Court in [illegible] England also convicted him of [illegible] to murder Broadhurst's two [illegible] officers. Bieber, a bodybuilder and [illegible] bouncer who pleaded not guilty [illegible] the charges, had been living in [illegible] for several years and worked as a [illegible]. He is also wanted in Lee [illegible], Fla., in an unrelated murder [illegible]. The shooting happened after [illegible], 34, and the two other officers, [illegible] Roper and James Banks, [illegible] a parked car that was stolen [illegible] Bieber had been driving. [illegible] was shot in the chest as he [illegible] Roper attempted to handcuff Bieber [illegible] of their patrol car. As Broadhurst lay on the ground, Bieber shot him [in] the head at close range, according to [p]rosecutors.
[(]AP)

CHILE

## [P]inochet stripped [o]f immunity in case

[S]ANTIAGO — An appeals court ruled [y]esterday to strip former dictator General Augusto Pinochet of immunity from [p]rosecution for a 1974 car bombing that [k]illed an exiled Chilean general and the [m]an's wife. The 14-to-9 decision by [j]ustices on Santiago's Court of Appeals [o]pens the possibility Pinochet could [s]tand trial for the bombing that killed [f]ormer army chief General Carlos Prats [a]nd his wife, Sofia Cuthbert, in Buenos [A]ires. Prats, a former chief of the Chil[e]an army, had opposed the 1973 coup.
[(]AP)

# Toll is 12 dead in latest [illegible]

## 7 slain in [illegible] Powell [illegible]

By [illegible]

PORT-AU-PRINCE, Haiti — United Nations peacekeepers [illegible] the streets of Haiti's capital [illegible] yesterday, a day after a prison [illegible] shootouts killed a dozen people and [illegible] scores injured during a visit by Secretary of State Colin Powell.

City workers dragged the bullet-riddled body of park gardener [illegible] Hipolite, 24, from the steps of a national monument in front of the National Palace early yesterday. Witnesses said he was shot the day before when UN troops fired in response to shooting near the palace while Powell was meeting with Haiti's interim prime minister, Gerard Latortue.

Jordanian police working with UN troops had fired several shots from the palace in response to shooting nearby, said UN spokesman Toussaint Kongo-Doudou. An investigation was being conducted into the gardener's killing, Kongo-Doudou said.

"The situation of security? There is none," said Ulrich Balthazar, a security guard at Independence Park who said he witnessed Wednesday's shooting. "We're demanding Latortue leave because he cannot lead the country. We need someone competent."

Latortue was named to head an interim government supported by the United States following a three-week rebellion that forced Jean-Bertrand Aristide out of the presidency and into exile on Feb. 29.

Despite sporadic gunfire yesterday that wounded at least three people in different parts of the capital, merchants returned to the streets and business was running normally.

UN peacekeepers patrolled streets on foot and in vehicles, and the entire 6,000-strong force was on alert for more violence.

Wednesday's bloodshed, which was be-

Protesters denounced the UN and [illegible]

lieved to have been orchestrated to c[oincide] with Powell's visit, underscored t[he] daunting challenges confronting Lato[r]tue's government, which has promised [to] hold elections late next year.

More than 100 people have been kill[ed] in political violence since Sept. 30, whe[n] groups aligning themselves with Aristi[de] stepped up protests demanding his r[e]turn.

Tensions have also been mounting b[e]tween the interim government and fo[r]mer soldiers who led the February rebe[l]lion and want the reinstatement of th[e] army, which they say Aristide illegally di[s]banded in 1994. They also want back pa[y] and refuse to put down their arms.

Latortue has accused Aristide of o[r]chestrating the violence from exile i[n]

[Every]one has a gift to give

# ...sm of violence in Haiti

REUTERS PHOTO

...iti's government yesterday after a prison uprising that left seven inmates dead.

South Africa — a charge Aristide has denied. Aristide contends the United Stated forced him to leave the country, which US officials deny.

Haiti's leaders "have to forcefully take on those armed individuals of the kind who were firing this morning," Powell said late Wednesday before leaving the strife-torn country.

Seven inmates were killed in a prison riot that broke out as Powell left the country late Wednesday, prison director Fritzner Pierre said. Armed with knives and rocks, they tried to break free as gunmen outside opened fire, said Pierre, who believed the disturbance was connected to plans to transfer some inmates.

Pierre said the seven inmates were killed by other prisoners for refusing to go along with their escape plan. Many being held there are members of Aristide's administration, but there was no immediate identification of those killed. Nor was it clear if any arrests had been made in the killings.

The prison uprising came after shooting broke out in the Aristide stronghold of Bel Air, blocks away from the National Palace.

The exchange of fire by UN soldiers that left the gardener dead had occurred earlier in the day, when automatic weapons were heard and a shot was fired from a passing car shortly after Powell had entered the palace.

In addition, five people were killed in shooting around Bel Air and scores were wounded.

BOSTON GLOBE
12/3/04

# Haiti's Queen of Song carri mission of hope in her hea

Emeline Michel's music proves how great misfortune can breed great art.

Michel is known as Haiti's Queen of Song, even though she no longer lives in her perpetually troubled Caribbean homeland. Like so many of her countrymen, she left Haiti to escape political turmoil and poverty and to pursue a career.

Larry KATZ

But Michel, who performs tomorrow at Johnny D's in Somerville, continues to carry a passion for her country in her heart and her music. On her eighth album, the new "Rasin Kreyol" (Creole Roots), she confronts problems Haitians face at home and abroad, but also celebrates the often-overlooked strength and beauty of the people and their culture.

"Sometimes I think I would not realize how much my country was in my blood if I was not living out of my country," Michel says from Providence, where she lives with her husband and son, 5. "A lot of the lyrics I wrote are written out of living away from Haiti. Out of smelling the country in my head. Out of waking up in the morning and thinking so much about good Haitian coffee."

Michel laughs. "That kind of nostalgic feelings come to me living out of my country. But if I lived in Haiti, where there's always a curfew, where every minute there's a new president, where there's so much instability, I don't know what type of musician I would be."

Michel, 38, first came to the United States to study at the Detroit Jazz Center for six months, her prize for winning a talent contest. "Then I returned to Haiti and my career really picked up," she says. "I hadn't taken music very seriously. It was just for enjoyment. But I came back and recorded an album and one song, 'Flame,' became a hit in the Caribbean."

That success allowed Michel to become one of the few women in Haiti — or anywhere in the Caribbean — to lead her own band.

"At first I had a musical director to lean on," she says. "But further on, I took charge and took control of the band. It seemed natural to me. I was raised with a guitar under my arm under my mom's mango tree. We would sit in the front yard and we would sing and invent lyrics. So when I came back to Haiti, with the help of my manager, we created a band with the cream musicians."

Offers of work took her to Canada and France, where she lived for two years while studying classical vocal technique. She later settled in the United States, never imagining it would be more than temporary.

"I would picture myself having a house in Haiti," she says, "and I would travel the world and then come back to recharge myself. That was what was always in my head. And I have always been able to go back until now."

In the past year, the beleaguered country endured a violent revolution in February, devastating floods in the spring and tropical storms in the fall. Michel's hometown of Gonaives was hard hit and she has been raising money for disaster relief at her concerts and through CD sales.

But Michel refuses to despair. On "Rasin Kreyol," which shows off her production, arrangement and songwriting skills as well as her gorgeous, throaty singing, she stands up for Haitian pride in 2004, the bicentennial year of Haitian independence and its establishment as the first black republic.

Her's is not a lone voice. On his new CD, "Welcome to Haiti: Creole 101," Haitian-born rap star Wyclef Jean proudly performs a shotgun marriage of Haitian styles and hip-hop. Michel takes an opposite tact. On "Rasin Kreyol," she fondly revives older Haitian traditional forms:

**SONGS OF REVIVAL: Emeline Mi digs deep into her Haitian roots new CD, "Rasin Kreyol."**

*compas*, the horn-driven da sic; *rara*, percussion-heav music rooted in the yearly c and *twoubadou*, folklike s praise and romance.

Her music is more mode retro. It sizzles on the AIDS 'Zikap," the African-guitar reedom-fighter tribute "F and the poignant "Lo'm (When Will I Stand Up), wl bemoans the sight of "the y my homeland giving up (and ars from my homeland are c meat in McDonald's."

As Michel's reputation cc to grow beyond the Haitia munity, she is certainly not g her dreams for Haiti.

"I have to be hopeful," sl "There's no other way to go ever Haitians are, we must best Haitian we can be and t reflect back positively on th try. This is not the time to sa is nothing to be done. And what I can do is feed people

*Emeline Michel plays tomorr at 8:30 p.m. at Johnny D's, Somerville. Admission is $12. 617-776-2004.*