UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MILRY MONDESTIN,
        Petitioner,
V.                                      CIVIL ACTION
                                          NO. 04-12602-MEL

JOSEPH MCDONOUGH, SHERIFF, and DEPARTMENT
OF HOMELAND SECURITY,
        Respondents.

SERVICE ORDER

The Clerk of this Court is hereby ORDERED to serve a copy of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 upon the office of the United States Attorney (Attn: Jennifer Boal); Frank Crowley, Department of Homeland Security, Special Assistant U.S. Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114; AND Sheriff Joseph F. McDonough, Plymouth County Correctional Facility; 26 Long Pond Road, Plymouth, MA 02360.

It is further ORDERED that the Respondent, within 21 days of receipt of this Order, file an answer (or other responsive pleading) to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

It is further ORDERED that the Respondent provide the Court with at least forty-eight (48) hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

Dated at Boston, Massachusetts, this  14th  day of  December, 2004.

                                               /s/ Reginald C. Lindsay
                                              REGINALD C. LINDSAY
                                              UNITED STATES DISTRICT JUDGE