UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILRY MONDESTIN,<br><br>      Petitioner<br><br>  v.<br><br>JOSEPH MCDONOUGH, ET AL.<br><br>      Respondent[1] | Civil Action No.<br>04cv12602-MEL |

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent hereby informs the Court of its intention to execute the final order of removal against petitioner **on January 10, 2005**.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:   s/Frank Crowley
                           FRANK CROWLEY
                           Special Assistant U.S. Attorney
                           Department of Homeland Security
                           P.O. Box 8728
                           J.F.K. Station
                           Boston, MA 02114
                           (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on December 21, 2004.

                                s/Frank Crowley
                                FRANK CROWLEY
                                Special Assistant U.S. Attorney
                                Department of Homeland Security
                                P.O. Box 8728
                                J.F.K. Station
                                Boston, MA 02114