```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| MILRY MONDESTIN )<br>)<br>    Petitioner )<br>)<br>v. )<br>)<br>JOSEPH McDONOUGH, Sheriff of )<br>Plymouth County, DEPARTMENT OF )<br>HOMELAND SECURITY, and BRUCE E. )<br>CHADBOURNE, )<br>)<br>    Respondents. ) | CA NO. 04-12602-MEL |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as co-counsel for the federal Respondents.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                        United States Attorney

                   By: /s/ Damian W. Wilmot
                        Damian W. Wilmot
                        Assistant U.S. Attorney
                        John J. Moakley U.S. Courthouse
                        1 Courthouse Way, Suite 9200
                        Boston, MA  02210
                        (617) 748-3398

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon counsel for the plaintiff John Himmelstein, 929 Massachusetts Avenue, Suite 01, Cambridge, MA 02139, by first class, postage prepaid mail, on this date.

                          /s/ Damian W. Wilmot
                          Damian W. Wilmot
                          Assistant U.S. Attorney

Dated: December 29, 2004