UNITED STATES DISTRICT COURT

#04CV12602MEL

MILRY MONDESTIN,
Petitioner

V.

JOSEPH McDONOUGH, ET AL
Respondents

PETITIONER'S REQUEST FOR ORAL HEARING

Now comes the petitioner, Milry Mondestin, and respectfully requests an oral hearing on the merits, with regard to the above matter.

The Petitioner,
Milry Mondestin,
By his attorney,

_____
John Himmelstein
929 Massachusetts Avenue
Suite 01
Cambridge, MA 02139
(617) 868-2533
BBO# 547275

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that he has served respondents with this request by mailing copy of same, postage prepaid, to Neil Cashman, Esq., Trial Attorneys Unit, Room 425, Government Center, JFK Federal Building, Boston, MA 02203

_____
JOHN HIMMELSTEIN, ESQ.