```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS

MILRY MONDESTIN,              )
          Petitioner,         )
                              )
     v.                       ) C.A. No. 04-12602-MEL
                              )
JOSEPH MCDONOUGH, et al.,     )
          Respondent.         )
```

MEMORANDUM AND ORDER

LASKER, S. D. J.

For the reasons stated below, the Court (1) denies petitioner's motion for hearing; (2) STAYS petitioner's deportation pending disposition of the motion; and (3) directs the parties to submit briefs on or before 12:00 p.m. (noon ) on Tuesday, January 11 (eleventh), 2005.

BACKGROUND

On December 13, 2004, John Himmelstein, counsel for petitioner Milry Mondestin, an immigration detainee confined at a Plymouth County Correctional Facility, commenced this action by paying the $5.00 filing fee and filing a two-page Memorandum seeking a stay of petitioner's removal as well as petitioner's release. The two-page memorandum alleges that petitioner, a citizen of Haiti, has been subject to a final order of removal since 2002. Docket No. 1 (Petition). It further alleges that although petitioner's Form I-589 [Application for Asylum and Withholding of Removal] was denied, petitioner's United States citizen wife filed a Form

I-130 [Petition for Alien Relative] on his behalf which is now pending. Id.

By Order dated December 14, 2004, the petition was served on respondent. Docket No. 2 (Service Order).

On December 16, 2004, respondent moved to dismiss the petition contending that petitioner has procedurally defaulted any claim for habeas review. Docket No. 3 (Motion to Dismiss). Respondent argues that under First Circuit law, the petition is deficient because petitioner failed to avail himself of the statutorily prescribed direct review at the Circuit Court. Docket No. 4 (Return, Memorandum of Law in Support of Motion to Dismiss, and Opposition to Stay Request).

On December 21, 2004, Respondent informed the Court that Mondestin is scheduled to be removed on January 10, 2005. Docket No. 5 (Notice of Intent to Execute Removal Order).

Although petitioner's counsel filed a request for oral hearing, he has not filed an opposition to the Motion to Dismiss. Docket No. 7 (Petitioner's Request for Oral Hearing), Docket, generally.

## DISCUSSION

Here, counsel for petitioner failed to file an opposition to the motion to dismiss. Moreover, although the petition states that petitioner's U.S. citizen spouse filed a Form I-

130 (the form used to petition for an immediate relative immigrant visa), the petition does not indicate whether petitioner is eligible for adjustment of status and the basis for this Court's jurisdiction over such a claim.

Because this issue is not addressed, the Court directs the parties to brief the issue on or before 12:00 p.m. (noon) Friday, January 7, 2005. To the extent counsel seeks an oral hearing, such request is denied.

## ORDER

Based upon the foregoing, it is hereby

ORDERED, petitioner's request for oral hearing (Docket NO. 7) is denied; and it is further

ORDERED, the parties shall brief petitioner's adjustment of status claim on or before 12:00 p.m. (noon) on Tuesday, January 11 (eleventh), 2005; and it is further

ORDERED, deportation is STAYED pending disposition of the motion.

SO ORDERED.

| | |
|---|---|
| _1/5/05_ | _/s/ Morris E. Lasker_ |
| DATE | MORRIS E. LASKER |
| | UNITED STATES SENIOR |
| | DISTRICT JUDGE |