```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

MILRY MONDESTIN,              )
          Petitioner,         )
                              )
     v.                       ) C.A. No. 04-12602-MEL
                              )
JOSEPH MCDONOUGH, et al.,     )
          Respondent.         )

### E R R A T A

LASKER, S. D. J.

The Memorandum and Order of January 5, 2005, in the above-entitled case is amended as follows:

On page 3, line 7, replace "Friday, January 7, 2005." with "Tuesday, January 11 (eleventh), 2005."


SO ORDERED.


 1/5/05                         /s/ Morris E. Lasker
DATE                                MORRIS E. LASKER
                                 UNITED STATES SENIOR
                                 DISTRICT JUDGE