# LAW OFFICE OF JOHN D. HIMMELSTEIN

929 MASSACHUSETTS AVENUE
SUITE 01
CAMBRIDGE, MA 02139
(617) 868-2533

January 21, 2005

Attn: George Howarth, Clerk for the Honorable Morris E. Lasker
United States District Court
John Joseph Moakley U.S. Court House
One Courthouse Way
Boston, MA 02120

RE: **MILRY MONDESTIN vs. JOSEPH McDONOUGH, ET AL # 04CV12602MEL**

Dear Mr. Howarth:

As you know, this office represents Milry Mondestin. Enclosed is a copy of a Notice of Action we recently received from I.N.S. As you can see, the I-130 petition filed on behalf of Mr. Mondestin has been approved. As such, there is no reason for Mr. Mondestin to be held and be should be released immediately. Enclosed, also, is a copy of Petitioner's Request for an Oral Hearing on this matter.

As always, thank you for your courtesy and co-operation.

Very truly yours,

John Himmelstein

cc: Frank Crowley, Esq.
cc: Milry Mondestin

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-03-050-54357 | | CASE TYPE  I130    IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE<br>December 10, 2002 | PRIORITY DATE<br>December 10, 2002 | PETITIONER  A46 662 367<br>SIMEON MONDESTIN, NADINE |
| NOTICE DATE<br>January 5, 2005 | PAGE<br>1 of 1 | BENEFICIARY<br>MONDESTIN, MILRY |

NADINE SIMEON MONDESTIN
950 NE 157 TER
MIAMI FL 33162

**Notice Type:** Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

Courtesy Copy: Original sent to: LAHAM, RODNEY N

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. The evidence indicates that he or she is not eligible to file an adjustment of status application. This determination is based on the information submitted with the petition and any relating files. If the person for whom you are petitioning believes that he or she is eligible for adjustment of status, then he or she should contact the local INS office for more information.

Because the person for whom you are petitioning is not eligible to adjust, we have sent the approved petition to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

This completes all INS action on this petition. If you have any questions about visa issuance, please contact the NVC directly. The telephone number to NVC is **(603) 334-0700.** Please allow 90 days before contacting the National Visa Center regarding your petition.

The NVC will communicate with the person for whom you are petitioning concerning further immigrant visa processing steps.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N