# LAW OFFICE OF JOHN D. HIMMELSTEIN

929 MASSACHUSETTS AVENUE
SUITE 01
CAMBRIDGE, MA 02139
(617) 868-2533

January 31, 2005

Attn: George Howarth,
Clerk for the Honorable Morris E. Lasker
United States District Court
John Joseph Moakley U.S. Court House
One Courthouse Way
Boston, MA 02120

RE: **MILRY MODESTIN vs. JOSEPH McDONOUGH, ET AL
# 04CV12602MEL**

Dear Mr. Howarth,

On January 31, 2005, I was scheduled to appear before Judge Lasker at 11:00 a.m. Another matter, that was also of an urgent nature, required my time that morning. I originally anticipated that this matter would conclude prior to 11:00 a.m. or, at worst, would only result in me being slightly late.

Unfortunately, this matter ran much later than I anticipated and I did not arrive at the courthouse until 12:20 p.m. Please accept my apology for any inconvenience I caused. Also, please advise this office as to whether or not the hearing has been rescheduled.

Thank you for your cooperation in this matter.

Very truly yours,

John Himmelstein

cc: Frank Crowley, Esq.