UNITED STATES COURT OF APPEALS
DISTRICT OF MASSACHUSETTS

DISTRICT COURT # 04-12602MEL

MILKY MONDESTIN, PETITIONER
VS.
JOSEPH McDONOUGH, SHERIFF

FILED
IN CLERKS OFFICE
2005 MAR -8 P 1:53

EMERGENCY MOTION TO STAY

PETITIONER'S MOTION TO STAY REMOVAL FROM UNITED STATES

Now comes petitioner and hereby moves for a stay of his removal from the United States, for the following reasons:

(1) An appeal of the adverse decision of Judge Lasker was mailed to both the United States District Court and the United States Court of Appeals by petitioner counsel. That appeal has not been docketed with either court as yet. Petitioner's counsel shall immediately file the appeal with both courts;

(2) There is a good faith basis for the appeal pursuant to the leading cases of AREVALO V. ASHCROFT and RIVERA-MARTINEZ V. ASHCROFT;

(3) Petitioner is filing I-601 and I-485 petitions with the Department of Homeland Security / Immigration and Naturalization Service;

(4) Petitioner's I-130 petition has been approved;

(5) There is no urgent need to remove petitioner, an individual married to an American citizen with American children who has no criminal record and is being held in custody at the Suffolk County jail at Bradston Street in Boston.

Respectfully submitted,

_____
John Himmelstein
Counsel for Petitioner
929 Massachusetts Avenue
Suite 01
Cambridge, MA 02139  (617) 868-2533

DATED: 3/8/05