**E N D O R S E M E N T**

MILRY MONDESTIN v. JOSEPH McDONOUGH, et al.
04-CV-12602-MEL

LASKER, D.J.

On March 8, 2005, counsel for petitioner Milry Mondestin filed an emergency motion to stay petitioner's removal from the United States. In the motion, petitioner's counsel alleges that an appeal of the "adverse decision of Judge Lasker" was mailed to both the District Court and the Court of Appeals, but that the appeal had yet to be docketed.

In consideration of petitioner's familial circumstances, and to provide an opportunity to appeal the Court's February 1, 2005 Order, the Court hereby grants a stay of petitioner's removal for five (5) business days. Further relief on any issues in this matter shall be sought from the Court of Appeals.

Accordingly, the emergency motion to stay is GRANTED, and petitioner Mondestin's removal is ordered to be STAYED until, and including, March 16, 2005.

It is so ordered.


Dated:   March 9, 2005
         Boston, Massachusetts      /s/ Morris E. Lasker
                                           U.S.D.J.