## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12602

Milry Mondestin

v.

Joseph McDonough, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/10/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 10, 2005.

Tony Anastas, Clerk of Court

By _[signature]_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/10/05

_[signature]_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, HABEAS, STAY

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12602-MEL

Mondestin v. McDonough
Assigned to: Judge Morris E. Lasker
Cause: 8:1105(a) Aliens: Habeas Corpus to Release INS Det

Date Filed: 12/13/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Petitioner**

**Milry Mondestin**          represented by  **John D. Himmelstein**
Law Office of John D. Himmelstein
Suite 01
929 Massachusetts Avenue
Cambridge, MA 02139
617-868-2533
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Joseph McDonough**
*Sheriff of Plymouth County*

**Respondent**

**Department of Homeland Security**         represented by  **Damian W. Wilmot**
U.S. Attorney's Office
John Joseph Moakley United States Courthouse
Suite 9200

                                                                            1 Courthouse Way
                                                                            Boston, MA 02210
                                                                            617-748-3398
                                                                            Fax: 617-748-3969
                                                                            Email:
                                                                            damian.wilmot@usdoj.gov
                                                                            *ATTORNEY TO BE*
                                                                            *NOTICED*

**Respondent**

**Bruce E. Chadbourne**          represented by   **Damian W. Wilmot**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE*
                                                                    *NOTICED*

                                                                    **Frank Crowley**
                                                                    Immigration and Customs
                                                                    Enforcement, Dept. of
                                                                    Homeland Secur
                                                                    PO Box 8728
                                                                    JFK Station
                                                                    Boston, MA 02114
                                                                    617-565-2415
                                                                    Email:
                                                                    Frank.Crowley@dhs.gov
                                                                    *ATTORNEY TO BE*
                                                                    *NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2004 | 1 | PETITION for Writ of Habeas Corpus 2241 $ 5, receipt number 60788, filed by Milry Mondestin. (Howarth, George) (Entered: 12/14/2004) |
| 12/13/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. |

| | | |
|---|---|---|
| | | (Howarth, George) (Entered: 12/14/2004) |
| 12/14/2004 | 2 | Judge Reginald C. Lindsay : ORDER entered SERVICE ORDER re 2241 Petition. Order entered for service on the respondents. Answer/responsive pleading due w/in 21 days of rcpt of this order. It is further ORDERED that the Respondent provide the Court with at least forty-eight (48) hours advance notice of any scheduled deportation or removal of petitioner.(Morse, Barbara) (Entered: 12/15/2004) |
| 12/16/2004 | 3 | MOTION to Dismiss by Bruce E. Chadbourne. (Crowley, Frank) (Entered: 12/16/2004) |
| 12/16/2004 | 4 | MEMORANDUM in Support re 3 MOTION to Dismiss , *Return, and Stay Opposition* filed by Bruce E. Chadbourne. (Attachments: # 1 Exhibit Attachment A# 2 Exhibit Attachment B)(Crowley, Frank) (Entered: 12/16/2004) |
| 12/21/2004 | 5 | NOTICE by Bruce E. Chadbourne *of Intent to Execute Removal Order on January 10, 2005* (Crowley, Frank) (Entered: 12/21/2004) |
| 12/27/2004 | 7 | MOTION for Oral Hearing by Milry Mondestin. c/s. (Bell, Marie) (Entered: 12/30/2004) |
| 12/29/2004 | 6 | NOTICE of Appearance by Damian W. Wilmot on behalf of Bruce E. Chadbourne, Department of Homeland Security (Wilmot, Damian) (Entered: 12/29/2004) |
| 01/05/2005 | 8 | Judge Morris E. Lasker : MEMORANDUM AND ORDER entered denying 7 Motion for Hearing and STAYING petitioner's DEPORTATION pending disposition of the motion. The parties are ordered to brief petitioner's adjustment of status claim on or before 12:00 P.M. (noon) on Tuesday, January 11 (eleventh), 2005. Memorandum and Order faxed to petitioner's counsel. (Howarth, George) (Entered: 01/05/2005) |

| | | |
|---|---|---|
| 01/05/2005 | 9 | Judge Morris E. Lasker : ERRATA. The Memorandum and Order of January 5, 2005, in the above-entitled case is amended as follows: On page 3, line 7, replace "Friday, January 7, 2005." with "Tuesday, January 11 (eleventh), 2005." SO ORDERED.(Howarth, George) (Entered: 01/05/2005) |
| 01/11/2005 | 10 | Supplemental MEMORANDUM in Support re 3 MOTION to Dismiss filed by Bruce E. Chadbourne. (Crowley, Frank) (Entered: 01/11/2005) |
| 01/12/2005 | 11 | MEMORANDUM in Opposition re 3 MOTION to Dismiss filed by Milry Mondestin. (Howarth, George) (Entered: 01/13/2005) |
| 01/27/2005 | 12 | Letter/request (non-motion) from Atty John Himmelstein regarding 1-797C,Notice of Action. (Howarth, George) (Entered: 01/27/2005) |
| 01/27/2005 | 13 | MOTION for Hearing re 12 Letter/request (non-motion) by Milry Mondestin.(Howarth, George) (Entered: 01/27/2005) |
| 01/27/2005 |  | NOTICE of Hearing: on Notice of Action received from I.N.S.Hearing set for 1/31/2005 11:00 AM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 01/27/2005) |
| 02/01/2005 | 14 | Judge Morris E. Lasker : ORDER entered granting 3 Motion to Dismiss.The Petitioner's habeas corpus petition is Dismissed and the Stay of Removal Ordered of January 5, 2005, is vacated. Case is dismissed. For Full Text see Docket No. [ 14]. (Howarth, George) (Entered: 02/07/2005) |
| 02/08/2005 | 15 | Letter from John Himmelstein regarding why he was late for the 11:00 a.m. Hearing. (Howarth, George) (Entered: 02/10/2005) |
| 03/08/2005 | 16 | MOTION to Stay re 14 Order on Motion to Dismiss, by Milry Mondestin.(Howarth, George) (Entered: |

| | | |
|---|---|---|
| | | 03/09/2005) |
| 03/09/2005 | 17 | Judge Morris E. Lasker : ORDER entered granting 16 Motion to Stay (Howarth, George) (Entered: 03/10/2005) |
| 03/09/2005 | 18 | NOTICE OF APPEAL as to 14 Order on Motion to Dismiss, by Milry Mondestin. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/29/2005. (Howarth, George) (Entered: 03/10/2005) |