```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

MILRY MONDESTIN,            )
                            )
        Petitioner          )
                            )      Civil Action No.
    v.                      )      04cv12602-MEL
                            )
JOSEPH MCDONOUGH, ET AL.    )
                            )
        Respondents         )

OPPOSITION TO STAY REQUEST

Respondent[1] opposes petitioner's Motion to Extend Stay and Motion for a Bond Hearing.

This Court's Order dated March 9, 2005, clearly directed that, although the Court stayed removal through March 16, 2005, "[f]urther relief on any issues in this matter shall be sought from the Court of Appeals." In fact, petitioner has sought a stay from the Circuit Court. See Attachment A, PACER printout, No. 05-1357 (1st Cir. filed Mar. 10, 2005).

Accordingly, the Court should deny the motions.

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
                              (617) 565-2415
```

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on March 16, 2005.

```
                              s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
```

---

interests of the United States in a suit pending in a court of the United States").

ATTACHMENT A

[ Home ]  [ P.A.C.E.R. ]  [ Opinions ]  [ Lower Dkt ]  [ Help ]

# General Docket
## US Court of Appeals for the First Circuit

```
Court of Appeals Docket #: 05-1357                    Filed: 3/10/05
Nsuit: 3890  Other Statutory Actions
Mondestin v. McDonough, et al
Appeal from: U.S. District Court of MA
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Lower court information:

```
    District: 0101-1 : 04-12602          lead: 04-12602
    Ordering Judge: Morris E. Lasker
    trial judge: Reginald C. Lindsay
    Date Filed: 12/13/04
    Date order/judgment: 2/7/05
    Date NOA filed: 3/9/05
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Fee status: due

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Prior cases:
   None
Current cases:
   None

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Docket as of March 10, 2005 8:38 pm              Page 1

---

05-1357   Mondestin v. McDonough, et al

```
MILRY MONDESTIN                    John D. Himmelstein
    Petitioner - Appellant         617-868-2533
                                   [NTC ret]
                                   929 Massachusetts Ave.
                                   Suite 01
                                   Cambridge, MA 02139


    v.

JOSEPH MCDONOUGH
    Respondent - Appellee

DEPARTMENT OF HOMELAND              Damian Wilmot
```

| | |
|---|---|
| SECURITY<br>    Respondent - Appellee | FTS 617-748-3398<br>617-748-3398<br>Suite 9200<br>[NTC gvt]<br>U.S. Attorney's Office<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |
| BRUCE CHADBOURNE<br>    Respondent - Appellee | Damian Wilmot<br>(See above)<br>[NTC gvt]<br><br>Frank Crowley<br>FTS 617-565-4921<br>617-565-3140<br>[NTC gvt]<br>Trial Attorney Unit - INS<br>JFK Federal Bldg.<br>Room 425<br>Boston, MA 02203 |

Docket as of March 10, 2005 8:38 pm                    Page 2

---

05-1357   Mondestin v. McDonough, et al

MILRY MONDESTIN

      Petitioner - Appellant

  v.

JOSEPH MCDONOUGH, Sheriff of Plymouth County;
DEPARTMENT OF HOMELAND SECURITY; BRUCE CHADBOURNE

      Respondents - Appellees

Docket as of March 10, 2005 8:38 pm                    Page 3

---

05-1357   Mondestin v. McDonough, et al

| | |
|---|---|
| 3/10/05 | CIVIL CASE docketed. Opening forms sent. Notice of Appeal filed by Appellant Milry Mondestin. Appearance form due 3/24/05. Docketing Statement due 3/24/05. Fee due 3/24/05. No hearings below. [05-1357] (dani) |
| 3/10/05 | MOTION filed by Appellant Milry Mondestin for stay of removal. Originally received at the Clerk's office on March |

|  | 8, 2005.[968987-1] Certificate of service dated 3/8/05. [05-1357] (dani) |
|---|---|
| 3/10/05 | RECORD filed: 1 volume(s) consisting of docket entries 1-18. No hearings below, no transcripts filed. [968990-1] [05-1357] (dani) |

Docket as of March 10, 2005 8:38 pm                    Page 4

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/16/2005 12:20:02 | | |
| PACER Login: | us5172 | Client Code: |
| Description: | dkt report | Case Number: | 05-1357 |
| Billable Pages: | 4 | Cost: | 0.32 |