UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# 04-CV-12602MEL

MILRY MONDESTIN

VS.

JOSEPH McDONOUGH, ET AL

MOTION TO EXTEND STAY

Now comes the petitioner Milry Mondestin and hereby moves this Honorable Court to extend the stay of removal currently in place from its current date of March 16, 2005 to a date beyond March 29, 2005. The reason for this motion is that this case is currently under appeal, the district court documents are in the process of being certified and undersigned counsel is in the process of completing and submitting a Transcript Report/Order Form to the Court of Appeals.

Milry Mondestin
By his attorney,

_____
John Himmelstein
929 Massachusetts Avenue
Suite 01
Cambridge, MA 02139
(617) 868-2533
BBO# 547275

## CERTIFICATE OF SERVICES

Undersigned counsel hereby certifies that he has served notice of the enclosed documents on opposing counsel by mailing copies of same, postage prepaid, to Frank J. Crowley, Esq., United States Department of Homeland Security, Box 8728, Boston, MA 02114 on March 14, 2005.

_____
JOHN HIMMELSTEIN, ESQ.