UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

#04-CV-12602MEL

MILRY MONDESTIN

VS.

JOSEPH McDONOUGH, ET AL

MOTION FOR BOND HEARING

Now comes the petitioner Milry Mondestin and moves that he be released from custody on personal recognizance or, in the alternative, this Honorable Court may establish a bond amount for his release or, if necessary, a hearing may be scheduled to resolve this issue on the merits.

As reasons for this motion, petitioner, through his counsel, states the following:

1. He is married with a wife residing in Lawrence, Massachusetts;

2. He has an approved I-130 petition which would allow him to pursue gainful employment;

3. He is trained as both an auto mechanic and a male nurse and has a historically earned income in these fields;

4. He has no criminal record and poses no danger to our country or any of its citizens;

5. He has no history of default or failure to make court appearances;

6. For all of the above reasons, he is not a flight risk.

Milry Mondestin,
By his attorney,

John Himmelstein
929 Massachusetts Avenue
Suite 01
Cambridge, MA 02139
(617) 868-2533
BBO# 547275