04-12602
Judge Lasker
USDC MA

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-1357

MILRY MONDESTEIN,
Petitioner, Appellant,

v.

JOSEPH MCDONOUGH, SHERIFF OF PLYMOUTH COUNTY,
BRUCE CHADBOURNE, DEPARTMENT OF HOMELAND SECURITY,
Respondents, Appellees.

JUDGMENT
ENTERED: July 5, 2005

On May 21, 2005 and June 7, 2005, this court issued orders and directed the appellant to either pay the filing fees of $255.00 to the district court, or to file a motion and financial affidavit for in forma pauperis status in the district court, and to respond to this court in writing. This court notified appellant that failure to take any action could result in this appeal being dismissed in accordance with Local Rule 3(b).

A review of the district court docket does not reflect the payment of the filing fees, or the docketing of an application to proceed in forma pauperis, nor did the appellant respond to this court in writing regarding the outstanding fee issue. This appeal, therefore, is dismissed for lack of prosecution in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 8/29/05

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Messrs. Himmelstein, Wilmot, Crowley]